### 11020.   CONNER *v.* THE STATE.

BROYLES, C. J.   While the evidence in this case was conflicting upon the material issues, and would have authorized the defendant's acquittal, it also authorized his conviction; and the finding of the jury having been approved by the trial judge, this court is without authority to interfere.   For a case similar in several material respects, see *Garner* v. *State,* 100 *Ga.* 257 (28 S. E. 24).

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 6, 1920.

Accusation of cheating and swindling; from city court of Thomasville—Judge W. H. Hammond.   October 8, 1919.

*Eldon L. Joiner,* for plaintiff in error.

*H. J. MacIntyre, solicitor,* contra.